**[J-69-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| ELIZABETH S. PAOLUCCI, | : | No. 88 MAP 2015 |
|---|---|---|
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 1130 C.D. |
| v. | : | 2012 dated 6/19/15 reversing the order |
| | : | of the Unemployment Compensation |
| | : | Board of Review at No. B-11-09-D-E708 |
| UNEMPLOYMENT COMPENSATION | : | dated 5/22/12 |
| BOARD OF REVIEW, | : | |
| | : | |
| Appellant | : | ARGUED:  May 11, 2016 |


## ORDER


**PER CURIAM**                                              **DECIDED: May 25, 2016**


The appeal is DISMISSED as having been improvidently granted.